IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTIN SERNA and
SONIA GONZALEZ,

    Plaintiffs,

v.                                                                    No. 15-cv-0745 LAM/SMV

CITY OF LAS CRUCES, NEW MEXICO,
LAS CRUCES POLICE DEPARTMENT,
and Officer RICARDO PORRAS,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    March 8, 2016, at 9:30 a.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **March 8, 2016, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

                                **STEPHAN M. VIDMAR**
                                **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.