IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARTIN SERNA and
SONIA GONZALEZ,

        Plaintiffs,

v.             No. 2:15-cv-00745-MV-SMV

CITY OF LAS CRUCES, NEW MEXICO,
LAS CRUCES POLICE DEPARTMENT
and Officer RICARDO PORRAS,
in his individual and official capacities,

        Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND EXPERT DEADLINES

UPON CONSIDERATION of the Plaintiffs' Motion to Extend Expert Deadlines, *Doc* 32 pursuant to the Court's Order of December 10, 2015, and for good cause shown, it is hereby:

ORDERED that Plaintiffs' motion is GRANTED, and it is further

ORDERED that the Plaintiffs shall have up to, and including, May 9, 2016, to designate their expert witnesses, and the Defendants shall have up to, and including, June 8, 2016 to designate their expert witnesses.

SO ORDERED.

_March 9, 2016_               _____
Date                   Hon. Stephan M. Vidmar
                     United States Magistrate Judge

Submitted by:             Approved by:

/S/ Christopher Cardenas___      _Approval via email 3/7/2016__
Christopher Cardenas         Robert Cabello
Attorney for Plaintiff          Attorney for Defendants